# United States Bankruptcy Court
## Southern District of New York

In re    **Main Street Connect, LLC**
                                    Debtor,

Case No. ___**13-22729**___

Chapter ___**11**___

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| see attached list | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 2, 2013**___    Signature **/s/ Carll Tucker**
                                    **Carll Tucker**
                                    **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

EXHIBIT A

SCHEDULE OF MEMBERS at December 31, 2012

| Members | Paid In Capital Contribution | Common Units | Series A Preferred Units[2] | Series B Preferred Units | Series B-1 Warrants | Employee Reserve Units | Strategic Reserve Units | Total Units | LLC Percentage | Fully Diluted Percentage |
|---|---|---|---|---|---|---|---|---|---|---|
| Carll Tucker | $615,861.18 | 4,239,503 | 776,964 | | | 260,136 | | 5,276,603 | 16.00% | 12.78% |
| Jane Bryant Quinn | $205,166.59 | 1,499,386 | 258,824 | | | 192,568 | | 1,950,778 | 5.92% | 4.72% |
| Peter Georgescu | $166.67 | 1,666,667 | | | | | | 1,666,667 | 5.05% | 4.04% |
| John Falcone | $20,194.44 | 1,944,444 | 25,251 | | | 209,066 | | 2,178,761 | 6.61% | 5.28% |
| Dimitri Steinberg | - | | | | | 22,523 | | 22,523 | 0.07% | 0.05% |
| Wesley McCain (Manastee River Revocable Tru: | $709,381.44 | 650,000 | | 630,000 | 650,000 | 209,066 | 271,033 | 1,489,066 | 4.52% | 3.61% |
| Noreene Storrie | See Footnotes 1 and 5 | | 48,429 | | | | | 48,429 | 0.15% | 0.12% |
| Alma Ramos | See Footnote 3 | | 9,372 | 10,000 | | | | 19,372 | 0.06% | 0.05% |
| Shuchin Li | See Footnote 3 | | 9,372 | 10,000 | | | | 19,372 | 0.06% | 0.05% |
| Tracy Kuntz | See Footnote 1 | | 9,372 | | | | | 9,372 | 0.03% | 0.02% |
| Sheffield Trust | See Footnotes 1 and 5 | | 98,429 | | | | | 98,429 | 0.30% | 0.24% |
| PAG 2002 Revocable Trust | $2,359,945.21 | | 643,835 | 1,850,000 | 1,350,000 | | | 2,493,835 | 7.56% | 6.04% |
| Steve Sadove | $259,999.83 | | 328,265 | | | 104,533 | | 432,798 | 1.31% | 1.05% |
| Haresh Tharani | $299,999.91 | | 378,767 | | | 104,533 | | 483,300 | 1.47% | 1.17% |
| Shelby White | $117,573.19 | | 148,443 | | | | | 148,443 | 0.45% | 0.36% |
| Towneley Capital International, LDC | $2,715,618.46 | | 2,066,069 | 1,000,000 | 500,000 | | | 3,066,069 | 9.30% | 7.43% |
| Elihu Rose | $450,000.00 | | 252,511 | 250,000 | 0 | | | 502,511 | 1.52% | 1.22% |
| Melinda Barton Irrevocable Trust | $217,573.19 | | 148,443 | 100,000 | 0 | | | 248,443 | 0.75% | 0.60% |
| Jennifer Barton Irrevocable Trust | $217,573.19 | | 148,443 | 100,000 | 0 | | | 248,443 | 0.75% | 0.60% |
| Pedro Lichtinger | $267,573.19 | | 148,443 | 150,000 | 50,000 | | | 298,443 | 0.91% | 0.72% |
| Elwood B. Davis | $267,573.19 | | 148,443 | 150,000 | 50,000 | 209,066 | 119,533 | 507,509 | 1.54% | 1.23% |
| Frederic M. Poses | $435,147.13 | | 296,887 | 200,000 | 0 | | | 496,887 | 1.51% | 1.20% |
| Craig A. Saxton | $249,999.91 | | 189,383 | 100,000 | 0 | | | 289,383 | 0.88% | 0.70% |
| L. Donald LaTorre Estate Reduction Trust | $117,573.19 | | 148,443 | | | | | 148,443 | 0.45% | 0.36% |
| Oscar Schafer | $117,573.19 | | 148,443 | | | | | 148,443 | 0.45% | 0.36% |
| William D. and Betty J. Schleier | $167,573.19 | | 148,443 | 50,000 | 0 | | | 198,443 | 0.60% | 0.48% |
| Joseph Dionne Revocable Trust | $217,573.19 | | 148,443 | 100,000 | 0 | | | 248,443 | 0.75% | 0.60% |
| James M. McTaggert | $224,999.59 | | 157,819 | 100,000 | 0 | 360,629 | | 618,448 | 1.88% | 1.50% |
| William Steere Revocable Trust | $217,573.19 | | 148,443 | 100,000 | 0 | | | 248,443 | 0.75% | 0.60% |
| BNS Family Irrevocable Grantor Trust | $108,786.23 | | 74,221 | 50,000 | 0 | | | 124,221 | 0.38% | 0.30% |
| Kilgard Holdings Corp. | $267,573.11 | | 211,571 | 100,000 | 0 | | | 311,571 | 0.94% | 0.75% |
| Michael E. Gellert | $1,137,868.20 | | 742,218 | 550,000 | 250,000 | 104,533 | | 1,396,751 | 4.24% | 3.38% |
| Karen L. Katen | $117,573.19 | | 148,443 | | | | | 148,443 | 0.45% | 0.36% |
| John R. Treichler and Sally L. Wood Trust dtd 1/ | $400,000.00 | | | 400,000 | 150,000 | | | 400,000 | 1.21% | 0.97% |
| Mingfeng Shen | $99,889.00 | | | 99,889 | 0 | 74,324 | | 174,213 | 0.53% | 0.42% |
| Geosor Corporation | $3,000,000.00 | | | 3,000,000 | 0 | | | 3,000,000 | 9.10% | 7.27% |
| Ravi Akhoury | $150,000.00 | | | 150,000 | 0 | | | 150,000 | 0.45% | 0.36% |
| Charter Trust Co. Ltd. Re Mahesh & A. Patel | $249,972.00 | | | 249,972 | 0 | | | 249,972 | 0.76% | 0.61% |
| Robert Cummins | $250,000.00 | | | 250,000 | 0 | | | 250,000 | 0.76% | 0.61% |
| Byron Knief | $250,000.00 | | | 250,000 | 0 | | | 250,000 | 0.76% | 0.61% |
| Peter Gottsegen | $250,000.00 | | | 250,000 | 0 | | | 250,000 | 0.76% | 0.61% |
| T2, Ltd. | $250,000.00 | | | 250,000 | 0 | | | 250,000 | 0.76% | 0.61% |
| Redwood Partners Ltd. | $35,000.00 | | | 35,000 | 0 | | | 35,000 | 0.11% | 0.08% |
| Judith Anne Korde | $1,000,000.00 | | | 1,000,000 | 1,000,000 | | | 1,000,000 | 3.03% | 2.42% |
| Anne Ring | - | | | | | 80,833 | | 80,833 | 0.25% | 0.20% |
| Dave Everett | - | | | | | 5,000 | | 5,000 | 0.02% | 0.01% |
| Thomas Cain | - | | | | | 10,135 | | 10,135 | 0.03% | 0.02% |
| Preston Bealle | - | | | | | 33,784 | | 33,784 | 0.10% | 0.08% |
| Merrill Brown | - | | | | | 30,000 | | 30,000 | 0.09% | 0.07% |
| John Schofield | - | | | | | | 80,000 | 0 | 0.00% | 0.00% |
| Paul McGhee | - | | | | | 11,000 | | 11,000 | 0.03% | 0.03% |
| Nick Veronis | - | | | | | 104,533 | | 104,533 | 0.32% | 0.25% |
| Zohar Yardeni | - | | | | | 604,488 | | 604,488 | 1.83% | 1.46% |
| John Londono | - | | | | | 181,459 | | 181,459 | 0.55% | 0.44% |
| Karin Annus | - | | | | | 317,294 | | 317,294 | 0.96% | 0.77% |
| SUB TOTALS: | $18,038,874 | 10,000,000 | 8,210,429 | 11,534,861 | 4,000,000 | 3,229,503 | 470,566 | 32,974,793 | 100.00% | |
| Employee Reserve (issued) | | | | | | 972,073 | | | | |
| Employee Reserve (unissued) | | | | | | 2,789,790 | | | | |
| Strategic Opportunities Reserve (issued) | | | | | | | 0 | | | |
| Strategic Opportunities Reserve (unissued) | | | | | | | 80,000 | | | |
| FULLY DILUTED TOTAL | $18,038,874 | 10,000,000 | 8,210,429 | 11,534,861 | 4,000,000 | 6,991,366 | 550,566 | 41,287,222 | | |

*Footnote 1: Received Series A Preferred Units pursuant to gift transfer from Wes McCain*
*Footnote 2: Series A Preferred Stock was adjusted as of 12/31/11 due to unissued Strategic Opportunities Reserve*
*Footnote 3: Received Series A Preferred Units pursuant to gift transfer from Wes McCain and Series B Preferred Units pursuant to gift transfer from Manastee River Revocable Trust*
*Footnote 4: Purchased 482,719 Common Units from Carll Tucker and 167,281 Common Units from Jane Bryant Quinn*
*Footnote 5: Received Series A Preferred Units pursuant to gift transfer from Towneley Capital International, LDC*