**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for Main Street Connect, LLC*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
MAIN STREET CONNECT, LLC,                                    :
                                                             :   Case No. 13-22729 (RDD)
                                    Debtor.                  :
------------------------------------------------------------ x

## DEBTOR'S CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-3

The Debtor, Main Street Connect LLC d/b/a Daily Voice, does not own directly or indirectly any shares of any publicly traded entities.

Dated: New York, New York
       May 13, 2013

                                        **TARTER KRINSKY & DROGIN LLP**
                                        *Attorneys for Main Street Connect, LLC*
                                        *Debtor and Debtor-in -Possession*

By:     /s/  Scott Markowitz
        Scott S. Markowitz
        1350 Broadway, 11th Floor
        New York, New York 10018
        (212) 216-8000